UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ZIYODBEK MUKHAMEDOV
A 246-751-950 PETITIONER

V. CIVIL CASE NO. 5:25-cv-00167-DCB-BWR

RAFAEL VERGARA RESPONDENT
in his official capacity as Warden of Adams
County Correctional Center

**ORDER**

This matter is before the Court *sua sponte*. In December 2025, Petitioner, a native and citizen of Uzbekistan, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, seeking his immediate release from United States Immigration and Customs Enforcement (ICE) detention. Pet. [1] at 28.

Petitioner entered the United States illegally without inspection in 2023 and was encountered and detained by ICE on May 20, 2025. Resp. [8] at 1. On October 31, 2025, an immigration judge ordered Petitioner removed to Uzbekistan. *Id.* at 1-2. Petitioner appealed the immigration judge's decision to the Board of Immigration Appeals, and that appeal was pending when Petitioner filed his Petition here. *Id.* at 2.

The automated case information system provided by the Department of Homeland Security's Executive Office for Immigration Review shows that Petitioner withdrew his appeal on May 13, 2026. *See* acis.eoir.justice.gov (last visited Aug. 20, 2026). According to ICE's Online Detainee Locator System, Petitioner is no longer in ICE custody. *See* locator.ice.gov. (last visited Aug. 20, 2026).

IT IS THEREFORE ORDERED that, **on or before August 28, 2026,** Petitioner's counsel shall inform the Court whether Petitioner is still detained and seeking habeas relief.

SO ORDERED, this 20th day August 2026.

s/ Bradley W. Rath

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE