IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ZIYODBEK MUKHAMEDOV PETITIONER
A 240-244-819

VS. CIVIL ACTION NO.5:25-CV-167-DCB-BWR

RAFAEL VERGARA, *Warden, Adams County Correctional Center* RESPONDENT

FINAL JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the entire action should be dismissed without prejudice as moot.

IT IS, THEREFORE, ORDERED that judgment be and is hereby entered in favor of Respondent, and that this action is DISMISSED WITHOUT PREJUDICE AS MOOT.

SO ORDERED AND ADJUDGED, this the 11th day of September, 2026.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE